SEYFARTH SHAW LLP
Ryan R. Tikker (SBN 312860)
rtikker@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROGERS,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., and DOES 1-10,<br><br>                    Defendants. | Case No. 8:25-cv-01501-MRA (DFMx)<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE – REQUEST FOR 60-DAY ORDER** |

NOTICE OF SETTLEMENT IN PRINCIPLE

326476564v.1

NOW COMES THE DEFENDANT BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., by and through its attorneys of record, to respectfully notify this Honorable Court that this matter has been settled in principle.  Dispositional documents will be forthcoming—the Parties expect to file a Fed. R. Civ. P. 41 Stipulation of Dismissal within 60 days.  This Court shall retain jurisdiction over these claims until fully resolved.  Defendant respectfully requests that the Court issue an order to show case re: settlement hearing in 60 days' time, or a date convenient with the Court's calendar.

DATED:  June 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:*/s/ Ryan R. Tikker*
Ryan R. Tikker

Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD
OF MASSACHUSETTS, INC.

1
NOTICE OF SETTLEMENT IN PRINCIPLE

326476564v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused the a copy of foregoing to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

/s/ Ryan R. Tikker
Ryan R. Tikker

2
NOTICE OF SETTLEMENT IN PRINCIPLE

326476564v.1